IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, et al. </br></br> Plaintiffs, </br></br> v. </br></br> BLITCH ENTERPRISES INC., et al. </br></br> Defendants. | ) ) ) ) ) ) Civil Action No. 5:10-cv-00556-F ) ) ) ) ) ) |

## ORDER FOR ENTRY OF DEFAULT

Upon consideration of the Motion for Entry of Default and the Declaration in Support of Motion for Entry of Default, the Court finds that the record supports the entry of default and default is hereby ENTERED against defendants, Blitch Enterprises, Inc., Groover B. Blitch and Joyce Blitch.

DATED: *February 16, 2011*

ENTER: *[signature]*
        Clerk

I ask for this:

   /s/ Sandy T. Tucker
Attorney for Plaintiffs
WILLIAMS MULLEN
A Professional Corporation
200 South 10th Street (23219)
Post Office Box 1320
Richmond, VA 23218-1320
Tel: 804.420.6418
Fax: 804.420.6507
email: stucker@williamsmullen.com
NC State Bar No. 20735